JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorney for Defendant
JUAN ALBERTO TORRES

**FILED**

DEC 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN ALBERTO TORRES,<br><br>    Defendant. | CASE NO. CR-09-00914 JW<br><br>STIPULATION TO CONTINUE DETENTION/BAIL HEARING AND [proposed] ORDER THEREON |

It is hereby stipulated by and between counsel for the UNITED STATES OF AMERICA, JOHN GLANG, and counsel for Defendant JUAN ALBERTO TORRES, JERRY Y. FONG, ESQ., that the detention/bail hearing currently set for 2:30 pm on Friday, December 18, 2009, be continued to December 23, 2009, at 2:00 pm.  Defense counsel requires more time to meet with sureties.

IT IS SO STIPULATED.

DATED:  December 17, 2009          CAREY & CAREY


                                   /s/
                                   ─────────────────────────────
                                   JERRY Y. FONG, Attorney for
                                   Defendant JUAN ALBERTO TORRES

DATED: _____12/17_____, 2009    UNITED STATES OF AMERICA,

_____/s/_____
JOHN GLANG
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that the detention hearing presently set for Friday, December 18, 2009, at 2:30 pm, be continued to Wednesday, December 23, 2009, at 2:00 pm.

IT IS SO ORDERED.

DATED: __12/17__, 2009

_____
HON. HOWARD R. LLOYD
MAGISTRATE JUDGE FOR THE
UNITED STATES DISTRICT COURT