1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant Juan Alberto Torres

FILED

JAN 2ꞏ 2010

CLERK
NORTHERN ... ... CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN ALBERTO TORRES,<br><br>　　　　Defendant. | CASE NO.   CR 09-00914 JW<br><br>STIPULATION OF PARTIES FOR ORDER CONTINUING HEARING RE COMPLIANCE WITH POSTING OF SECURITY FOR BOND & [PROPOSED] ORDER RE SAME. |

The United States of America and Defendant Juan Albert Torres, through their respective counsel, hereby stipulate to request that the hearing currently scheduled on January 27, 2010, at 9:30 a.m., before the Honorable Patricia V. Trumbull, Magistrate-Judge of the United States District Court for the Northern District of California, be continued to February 10, 2010 at 9:30 a.m., before Magistrate-Judge Trumbull.  The purpose of the hearing is to monitor the status of Defendant's posting sufficient real property as security for his appearance bond.  Due to Defendant's counsel's trial schedule, the property has not yet been posted, but Defendant anticipates that the property will be posted within a week.

DATED:                                          Respectfully submitted,

                                                _____/S/_____
                                                JERRY Y. FONG, Attorney for
                                                Defendant JUAN TORRES

DATED:                                          Respectfully submitted,

                                                _____/S/_____
                                                JOHN GLANG, AUSA, for
                                                Plaintiff UNITED STATES OF AMERICA

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, the hearing to monitor the status of Defendant's posting of security is continued to February 10, 2010, at 9:30 a.m., before Magistrate-Judge Patricia V. Trumbull. It is so ordered.

DATED: 1/26/10                                  _____
                                                MAGISTRATE- JUDGE OF THE UNITED
                                                STATES DISTRICT COURT