JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG  (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5084
Fax:  (408) 535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00914-JW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] PROTECTIVE ORDER |
| v. | ) | FOR RE-TESTING OF DRUG EXHIBIT |
| | ) | BY DEFENSE CHEMIST |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

Based upon a stipulation of the parties, and pursuant to Federal Rule of Criminal

Procedure 16(a)(1)(E), the Court ORDERS as follows:

The Government shall allow the defense: (1) to independently inspect the below-listed

drug exhibit:

| FBI Exhibit Number | DEA Laboratory Number |
|---|---|
| 1B22 | 7142661 |

as reported in the Drug Enforcement Administration (DEA) Laboratory Report, FBI Case

Number 281E-SF-138450, and dated October 19, 2007; (2) to collect and analyze a

representative sample from the above-listed exhibit to determine its weight, nature, and strength

or purity; and (3) to inspect and analyze the composite representative samples (if any) previously

[PROPOSED] PROTECTIVE ORDER FOR RE-TESTING OF DRUG EXHIBIT
CR 09-00914-JW

collected and analyzed by the DEA to determine their weight, nature, and strength or purity, to the extent that said samples have not been consumed during testing; and

     IT IS FURTHER ORDERED that an FBI Special Agent or Task Force Officer shall deliver the drug exhibit and DEA composite representative samples (if any) identified above to Judith L. Stewart, DEA License No. RF1093778, of Forensic Analytical Laboratories, Inc., located at 3777 Depot Road, Suite 409 in Hayward, California. The DEA Western Laboratory shall arrange the delivery of said exhibit no later than ten days after this Order is signed to the FBI Special Agent or Task Force Officer for delivery to Judith L. Stewart of Forensic Analytical Laboratories, Inc.; and

     IT IS FURTHER ORDERED that upon delivery of the exhibit identified above to the defense expert, that an FBI Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs, and removes a representative sample of the exhibit identified above for analysis. The representative sample shall be in the amount of 500 mg, or not more than one-half (½) the current reserve weight, if less than one (1) gram presently remains as the reserve weight, from the above-described exhibit. The weight of the representative sample taken shall be documented and signed by the defense expert and provided to the FBI Special Agent or Task Force Officer in attendance. Upon the completion of the sample removal and weighing, the defense expert shall forthwith return the remaining above-listed exhibit to the FBI Agent or Task Force Officer in attendance; and

     IT IS FURTHER ORDERED that the defense expert shall conduct the qualitative and quantitative analysis (calculated as the hydrochloride salt form) and identification ordered herein, and shall provide the Government with an Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. § 1746, executed by the individual who conducted the analysis, or the head of the facility where the analysis occurred, which states the quantity of the exhibit consumed during testing, and either the weight of the exhibit returned to the Government, or a statement that all of the sample was consumed during testing; and

     IT IS FURTHER ORDERED that all remaining material of the sample, after testing, is to be returned by Judith L. Stewart and Forensic Analytical Laboratories, Inc., to the DEA Western

Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analysis; and

    IT IS FURTHER ORDERED, in accordance with Federal Rule of Criminal Procedure 16(b)(1)(B), that the defendant shall promptly provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analysis conducted under this Order in the event that the defendant intends to use the results or report in the defendant's case-in-chief at trial or in sentencing; and

    IT IS FURTHER ORDERED that Judith L. Stewart and Forensic Analytical Laboratories, Inc. are to safeguard the representative sample received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

DATED: March __9__, 2010      _____
    JAMES WARE
    United States District Court Judge
    Northern District of California

APPROVED AS TO FORM:

___3-2-2010_____      _____/S/_____
DATED      JERRY Y. FONG
    Attorney for Defendant

___3-2-2010_____      _____/S/_____
DATED      JOHN N. GLANG
    Assistant United States Attorney