JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant Juan Alberto Torres

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 09-00914 JW |
| Plaintiff, ) | |
| ) | STIPULATION OF PARTIES FOR |
| vs. ) | ORDER CONTINUING STATUS HEARING & [PROPOSED] ORDER. |
| ) | |
| JUAN ALBERTO TORRES, ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America and Defendant Juan Albert Torres, through their respective counsel, hereby stipulate to request that the    status hearing currently scheduled on May 24, 2010, at 1:30 p.m., before the Honorable James Ware, Judge of the United States District Court for the Northern District of California, be continued to June 21, 2010, at 1:30 p.m. before Judge Ware.  The purpose of the requested continuance is that both the Government and the Defendant need more time to complete their settlement negotiations, which will include several different factors and will require additional meetings between the AUSA and defense counsel.   The parties further agree that the continuance is necessary for effective preparation for the case, and that, accordingly, time should be excluded from the Speedy Trial Act calculations because the ends of justice served by the continuance outweigh the interest of a speedy trial, 18 USC §3161 (h)(7)(A).

1
2  DATED: May 19, 2010                       Respectfully submitted,
3
4
5                                             /S/
                                              JERRY Y. FONG, Attorney for
6                                             Defendant JUAN TORRES
7
8
9  DATED: May 19, 2010                       Respectfully submitted,
10
11
12                                            /S/
                                              JOHN GLANG, AUSA, for
13                                            Plaintiff UNITED STATES OF AMERICA
14

15                              [PROPOSED] ORDER

16      Pursuant to the parties' stipulation and good cause appearing herein, the status
17 hearing shall be continued from May 24, 2010, to June 21, 2010, at 1:30 p.m., before Judge
18 James Ware. In addition, the Court finds that the ends of justice served by the continuance
19 outweigh the interest of a speedy trial, and the time between May 24, 2010 to June 21, 2010
20 shall be excluded from the Speedy Trial Act calculation, per 18 USC §3161 (h)(7)(A). It is
21 so ordered.
22
23
24 DATED: May 20, 2010                        _____
                                              JUDGE OF THE UNITED
25                                            STATES DISTRICT COURT
26
27
28

2
STIPULATION OF PARTIES RE ORDER TO CONTINUE STATUS HEARING