```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00914-JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 24, 2011 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, May 23, 2011 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: _1-12-11_____                    _____/s/_____
                                             JOHN N. GLANG
                                             Assistant U.S. Attorney

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-JW**

It is so stipulated:

Dated: __1-12-11_____                    _____/s/_____
                                             JERRY Y. FONG
                                             Attorney for Juan Alberto Torres

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 24, 2011 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, May 23, 2011 at 1:30 p.m. is hereby set. The Probation Officer has been contacted and is available for the requested date. Further requests for continuance shall be made on the record.

It is so ORDERED:

Dated: January 14, 2011                      _James Ware_____
                                             JAMES WARE
                                             United States District Chief Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-JW                                2