1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066
     E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                           SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,    )  No. CR 09-00914-EJD
                                  )
15 |         Plaintiff,            )
                                  )  STIPULATION AND [PROPOSED]
16 |     v.                        )  ORDER RESCHEDULING SENTENCING
                                  )  HEARING
17 | JUAN ALBERTO TORRES,          )
                                  )
18 |         Defendant.            )
                                  )
19

20       IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21 and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22 in the above-entitled case, currently scheduled for Tuesday, May 31, 2011 at 9:00 a.m., be

23 continued and a new sentencing hearing date of Monday, August 22, 2011 at 1:30 p.m. is hereby

24 set.

25 It is so stipulated:

26 Dated: _5/23/2011_____              _____/s/_____
                                           JOHN N. GLANG
27                                         Assistant United States Attorney

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-EJD

It is so stipulated:

Dated: __5/23/2011_____                            _____/s/_____
                                                     JERRY Y. FONG
                                                     Attorney for Juan Alberto Torres

### [PROPOSED] ORDER

   Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Tuesday, May 31, 2011 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, August 22, 2011 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: __May 24, 2011__                              _____
                                                     EDWARD J. DAVILA
                                                     United States District Judge