1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    JOHN N. GLANG (GUAMBN 94012)
     Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone:  (408) 535-5084
7       Fax:  (408) 535-5066
        E-Mail:  John.Glang@usdoj.gov
8
     Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )   No. CR 09-00914-EJD
                                       )
15                   Plaintiff,        )
                                       )   STIPULATION AND [PROPOSED]
16         v.                          )   ORDER RESCHEDULING SENTENCING
                                       )   HEARING
17   JUAN ALBERTO TORRES,              )
                                       )
18                   Defendant.        )
                                       )
19   _____ )

20         IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21   and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22   in the above-entitled case, currently scheduled for Monday, August 22, 2011 at 1:30 p.m., be

23   continued and a new sentencing hearing date of Monday, December 5, 2011 at 1:30 p.m. is

24   hereby set.

25   It is so stipulated:

26   Dated: 8/18/2011                      _____/s/_____
                                           JOHN N. GLANG
27                                         Assistant United States Attorney

28

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-EJD**

1  It is so stipulated:

2  Dated: 8/18/2011

    _____/s/_____
3                                           JERRY Y. FONG
                                            Attorney for Juan Alberto Torres

4

5                              [PROPOSED] ORDER

6

7       Based upon the stipulation of the parties and good cause appearing therefore, it is hereby

   ordered that the sentencing hearing for the defendant in the above-entitled case, currently
8
   scheduled for Monday, August 22, 2011 at 1:30 p.m., be continued and a new sentencing
9
   hearing date of Monday, December 5, 2011 at 1:30 p.m. is hereby set.
10

11

12  It is so ORDERED:

13  Dated:  August 18, 2011        _____
                                            EDWARD J. DAVILA
14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28