1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant Juan Alberto Torres

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 09-00914 EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION OF PARTIES FOR |
| vs. | ) | ORDER CONTINUING SENTENCING HEARING & [PROPOSED] ORDER. |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

The United States of America and Defendant Juan Albert Torres, through their respective counsel, hereby stipulate to jointly request that the  sentencing  hearing currently scheduled on April 23, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, Judge of the United States District Court for the Northern District of California, be continued to May 21, 2012, at 1:30 p.m. before Judge Davila.  This request is made because, recently, Mr. Torres suffered a heart attack and he is still recovering.  His health prevents him from participating in his sentencing in a meaningful manner.  The parties have also checked with Probation Officer Ben Flores, who advised the parties that he is available on May 21, 2012, at 1:30 p.m.

1 | DATED:     April 19, 2012                    Respectfully submitted,

2

3

4                                                           /S/
                                                  _____
                                                  JERRY Y. FONG, Attorney for
5                                                 Defendant JUAN TORRES

6

7

8 | DATED:     April 19, 2012                    Respectfully submitted,

9

10

11                                                          /S/
                                                  _____
                                                  JOHN GLANG, AUSA, for
12                                                Plaintiff UNITED STATES OF AMERICA

13

14                               [~~PROPOSED~~] ORDER

15     Pursuant to the parties' stipulation and good cause appearing herein, the sentencing

16 hearing shall be continued from April 23, 2010, to May 21, 2012, at 1:30 p.m., before Judge

17 Edward Davila.   It is so ordered.

18

19

20 | DATED: April 19, 2012                       _____
                                                  JUDGE OF THE UNITED
21                                                STATES DISTRICT COURT

22

23

24

25

26

27

28