1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5084
7  Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00914-EJD
                                     )
15              Plaintiff,           )
                                     )   STIPULATION AND [PROPOSED]
16         v.                        )   ORDER RESCHEDULING SENTENCING
                                     )   HEARING
17  JUAN ALBERTO TORRES,             )
                                     )
18              Defendant.           )
                                     )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21  and based upon such stipulation it is hereby ordered, that the sentencing hearing for the

22  defendant in the above-entitled case, currently scheduled for Monday, June 25, 2012 at 1:30

23  p.m., be continued and a new sentencing hearing date of Monday, September 17, 2012 at 1:30

24  p.m. is hereby set.

25  It is so stipulated:

26  Dated: _____              _____/s/_____
                                       JOHN N. GLANG
27                                     Assistant United States Attorney

28

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-EJD**

It is so stipulated:

Dated: _____                    _____/s/_____
                                         JERRY Y. FONG
                                         Attorney for Juan Alberto Torres

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, June 25, 2012 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, September 17, 2012 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: ____June 22, 2012_           _____
                                    EDWARD J. DAVILA
                                    United States District Judge