MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN ALBERTO TORRES, )<br>)<br>Defendant. )<br>_____ ) | No. CR 09-00914-EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER RESCHEDULING SENTENCING<br>HEARING |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 10, 2012 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, January 28, 2013 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: ___12/4/2012_____     _____/s/_____
                                                JOHN N. GLANG
                                                Assistant United States Attorney

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-EJD**

1  It is so stipulated:

2  Dated: ___12/4/2012_____                    _____/s/_____
                                                 JERRY Y. FONG
3                                                Attorney for Juan Alberto Torres

4

5
                        [PROPOSED] ORDER
6
   Based upon the stipulation of the parties and good cause appearing therefore, it is hereby
7
ordered that the sentencing hearing for the defendant in the above-entitled case, currently
8
scheduled for Monday, December 10, 2012 at 1:30 p.m., be continued and a new sentencing
9
hearing date of Monday, January 28, 2013 at 1:30 p.m. is hereby set.
10

11

12 It is so ORDERED:

13 Dated: ___12/6/2012_____                     _____
                                                 EDWARD J. DAVILA
14                                               United States District Judge

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-EJD**                                2