JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant Juan Alberto Torres

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 09-00914  EJD |
| ) | |
| Plaintiff, ) | STIPULATION OF PARTIES FOR |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING & [~~PROPOSED~~] ORDER. |
| ) | |
| JUAN ALBERTO TORRES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America and Defendant Juan Alberto Torres, through their respective counsel, hereby stipulate to jointly request that the    sentencing  hearing currently scheduled on January 29, 2013, at 1:30 p.m., before the Honorable Edward J. Davila, Judge of the United States District Court for the Northern District of California, be continued to March 18, 2013, at 1:30 p.m. before Judge Davila.

This request is made because Mr. Torres and the Government are still working to resolve various sentencing issues which could affect  the scope of the sentencing hearing, including limiting or clarifying significant sentencing factors.  Both parties need the additional time to resolve these issues so that the sentencing hearing can be handled in a much more efficient manner.

1  Probation Officer Ben Flores will be available on the requested date of March 18, 2013.

DATED: January 18, 2013          Respectfully submitted,

/S/
JERRY Y. FONG, Attorney for
Defendant JUAN TORRES


DATED: January 18, 2013          Respectfully submitted,

/S/
JOHN GLANG, AUSA, for
Plaintiff UNITED STATES OF AMERICA

[PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, the sentencing hearing shall be continued from January 29, 2013, to March 18, 2013, at 1:30 p.m., before Judge Edward Davila.   It is so ordered.

DATED: 1/23/2013

JUDGE OF THE UNITED
STATES DISTRICT COURT