1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5084
7     Fax:  (408) 535-5066
      E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 09-00914-EJD
                                     )
15                  Plaintiff,       )
                                     )    STIPULATION AND [PROPOSED]
16         v.                        )    ORDER RESCHEDULING SENTENCING
                                     )    HEARING
17  JUAN ALBERTO TORRES,             )
                                     )
18                  Defendant.       )
                                     )
19  _____      )

20         IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21  and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22  in the above-entitled case, currently scheduled for Monday, March 18, 2013, at 1:30 p.m., be

23  continued and a new sentencing hearing date of Monday, April 8, 2013 at 1:30 p.m. is hereby set.

24  It is so stipulated:

25  Dated: March 13, 2013            _____/s/_____
                                             JOHN N. GLANG
26                                           Assistant United States Attorney

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-EJD

1  It is so stipulated:

2  Dated: March 13, 2013

3                                              /s/
                                    JERRY Y. FONG
                                    Attorney for Juan Alberto Torres

4

5

6                           [PROPOSED] ORDER

7       Based upon the stipulation of the parties and good cause appearing therefore, it is hereby

8  ordered that the sentencing hearing for the defendant in the above-entitled case, currently

9  scheduled for Monday, March 18, 2013 at 1:30 p.m., be continued and a new sentencing

10 hearing date of Monday, April 8, 2013 at 1:30 p.m. is hereby set.

11

12 It is so ORDERED:

13 Dated:    3/14/2013

14                                  EDWARD J. DAVILA
                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28