1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5084
7     Fax: (408) 535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,  )  No. CR 09-00914-EJD
                                )
15 |          Plaintiff,         )
                                )  STIPULATION AND [PROPOSED]
16 |     v.                     )  ORDER RESCHEDULING SENTENCING
                                )  HEARING
17 | JUAN ALBERTO TORRES,        )
                                )
18 |          Defendant.         )
                                )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21 and based upon such stipulation it is hereby ordered, that the sentencing hearing for the

22 defendant in the above-entitled case, currently scheduled for Monday, April 8, 2013, at 1:30

23 p.m., be continued and a new sentencing hearing date of Monday, May 6, 2013 at 1:30 p.m. is

24 hereby set.

25 It is so stipulated:

26 Dated: _____                    _____/s/_____
                                            JOHN N. GLANG
27                                          Assistant United States Attorney

28

It is so stipulated:

Dated: _____                            _____/s/_____
                                                 JERRY Y. FONG
                                                 Attorney for Juan Alberto Torres

## [PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, April 8, 2013 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, May 6, 2013 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: __4/4/2013_____                        _____
                                                 EDWARD J. DAVILA
                                                 United States District Judge